UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JURICA KEZIC, a seaman,<br><br>           Plaintiff,<br><br>     v.<br><br>THE ALASKA SEA, Official Number 559849, her engines, equipment, tackle, and appurtenances, In Rem; and ALASKA SEA, INC., In Personam,<br><br>           Defendants. | Case No. C04-820P<br><br>TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANT ALASKA SEA, INC. , and on behalf of PLAINTIFF in the amount of $6,738.72 as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. DEPOSITION COSTS | $4,323.59 | 0 | $4,323.59 |

Clerk allowed transcript and video costs incurred for depositions actually used at trial.

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. DOCKET FEE | $20.00 | 0 | $20.00 |
| III. EXHIBITS USED AT TRIAL | $1,840.00 | 0 | $1,840.00 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. WITNESS FEES | $7,449.18 | $7,075.18 | $374.00 |

Clerk allowed only statutory witness fees, including a subsistence allowance of $254.00 for Mr. Schaeffer. Expert fees are not taxable costs. Lost revenue and expenses incurred by Mr. Schaeffer to testify by video conference were not allowed

| V. COPY COSTS | $181.13 | 0 | $181.13 |

Dated this ____8th____ day of NOVEMBER, 2006 .

*Bruce Rifkin* (signature)

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2